**No. 53413.**—Joseph S. Finch & Co., Inc., et al. v. United States, protests 122248–K, etc. (Pittsburgh).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct.—, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 53414.33**—Schenley Distilleries, Inc. v. United States, protests 129209–K, etc. (Los Angeles).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 53415.**—The Jos. Garneau Co., Inc., and McKesson & Robbins, Inc. v. United States, protests 144653–K and 144657–K (New York).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 53416.**—Asche Bandor Corp. et al. v. United States, protests 147098–K, etc. (New York).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 53417.**—Standard Fruit & Steamship Company v. United States, protest 137814–K/12957 (New Orleans).

Opinion by JOHNSON, J. From an examination of the papers the court was unable to find any evidence sufficient to overcome the action of the collector, which was presumptively correct. The protest was therefore overruled.